249 So.2d 204

**STATE of Louisiana ex rel.
Cleo ETHRiDGE**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 51525.

June 23, 1971.

In re: Cleo Ethridge applying for writ of habeas corpus.

Application denied. The showing made does not warrant the exercise of our supervisory jurisdiction.

249 So.2d 204

**STATE of Louisiana ex rel.
Herman SMITH**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 51526.

June 23, 1971.

In re: Herman Smith applying for writ of habeas corpus.

Application denied. The record before us does not justify the exercise of our jurisdiction.